**HASBANI & LIGHT, P.C.**
Seth D. Weinberg, Esq.
450 Seventh Avenue
New York, New York 10123
Tel. (646) 490-6677
Fax (347) 491-4048
sweinberg@hasbanilight.com

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MITCHELL LANE NY LLC (DE), | Case No. 19-41320 (NHL) |
| Debtor. | |

**SUPPLEMENTAL DECLARATION OF SETH D. WEINBERG IN SUPPORT OF**
**APPLICATION OR ORDER UNDER 11 U.S.C. §§ 327(a) AND 328 OF THE FEDERAL**
**RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE EMPLOYMENT AND**
**RETENTION <u>OF HASBANI & LIGHT, P.C. AS COUNSEL FOR THE DEBTOR</u>**

Seth D. Weinberg, being duly sworn, states the following under penalty of perjury:

1.      I am an associate of Hasbani & Light, P.C. (the "Firm") located at 450 Seventh Avenue, Suite 1408, New York, New York 10123. I am a member in good standing of the Bar of the State of New York, and I am admitted to practice before this Court.

2.      I am in all respects competent to make this Supplemental Declaration in support of the application (the "Application") to retain the Firm as counsel for the above-captioned debtor and debtor-in-possession (the "Debtor") pursuant to sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

3.      The Firm does not expect to share fees earned in this case with any other attorneys or

1

parties.

4.    The $210.00 per hour billing rate applies to all attorneys, paralegals, partners and associates and is not expected to change.

5.    The Firm did not receive a retainer to handle the instant matter.

DATED:    May 28, 2019

/s/ Seth D. Weinberg
Seth D. Weinberg