

900 Merchant Concourse, Suite 106
Westbury, New York 11590
Phone (516) 280-7675
Fax    (516) 280-7674

August 1, 2019

**VIA ECF**

Hon. Nancy Hershey Lord
United States Bankruptcy Court, EDNY
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

   **In re:**  **In re Mitchell Lane NY LLC, Case No. 19-41320 (NHL),**
       **Mitchell Lan NY LLC v. HSBC Bank USA, Adv. Proc. No. 19-01088**

Dear Judge Lord:

This office represents secured creditor PHH Mortgage as servicer for HSBC Bank USA ("Secured Creditor") in the above-captioned adversary proceeding.

The purpose of this letter is to confirm the Plaintiff's consent to extend Secured Creditor's time to file an Answer to August 8, 2019.

              Respectfully submitted,

              /s/  Cleo F. Sharaf-Green

              Cleo F. Sharaf-Green, Esq.

cc:
Seth Weinberg, Esq. (via ecf)