UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE: MITCHELL LANE NY LLC (DE)    **Chapter 11**
                                     **Case No.:19-41320-nhl**

     Debtor,
------------------------------------------------------------------X

## ORDER EXTENDING THE EXCLUSIVE PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1121(D) FOR AN ADDITIONAL NINETY (90) DAYS

Upon the Motion (the "Motion") of the Debtor, for entry of an order (this "Order"), as debtor and debtor in possession (the "Debtor") extending by 90 days the exclusive periods during which only the Debtors may file a chapter 11 plan and solicit acceptances thereof; and this Court having found that this Court has jurisdiction over this matter pursuant to 28 U.S.C § 1334; and this Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. § 1408; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, creditors, and other parties in interest; and notice of the Motion appearing adequate and appropriate under the circumstances; and this Court having found that no other or further notice need be provided; and this Court having reviewed the Motion and having heard statements in support of the Motion at a hearing held before this Court ***on August 15, 2019, at which appeared Seth D. Weinberg (Counsel to the Debtor), Rachel Wolf (United States Trustee), and Cleo F. Sharaf (Counsel to HSBC Bank USA)*** (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; ~~and this Court having found that the relief requested in the Motion is necessary to prevent immediate and irreparable~~

1

harm; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED *(NHL)*:

1. The Motion is granted to the extent provided herein.

2. The Exclusive Filing Period is hereby extended through and including October 2, 2019, and the Exclusive Solicitation Period is hereby extended through and including December ~~1~~ *2 (NHL)*, 2019.

3. This Order is without prejudice to the ~~Debtors'~~ *Debtor's (NHL)* ability to seek further extensions of the Exclusive Periods pursuant to section 1121(d) of the Bankruptcy Code.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August 26, 2019  
Brooklyn, New York

_____  
**Nancy Hershey Lord**  
**United States Bankruptcy Judge**